TIMOTHY M. BURGESS
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: frank.russo@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:05-cr-076-RRB |
| ) | |
| Plaintiff, ) | COUNT 1: |
| ) | DRUG CONSPIRACY |
| vs. ) | Vio. of 21 U.S.C. §§ 846, 841(a)(1) & |
| ) | (b)(1)(A) |
| BYRON WILLIAMS, a/k/a "Felipe", ) | |
| "Felipae", RODERICK WILLIAMS, ) | COUNTS 2 & 3: |
| MARIE INEZ HASAN-LOMAX, a/k/a ) | MAINTAINING A DRUG INVOLVED |
| "Star", "Inez Lomax", "Inez Lomax- ) | PREMISES |
| Hasan", "Inez Marie Lawton", TONYA ) | Vio. of 21 U.S.C. § 856(a)(1) & (b) |
| E. CHAISON, a/k/a "Tanya Chaison- ) | |
| Williams", and PAULA MARIE ) | |
| ROBERDS, ) | |
| ) | |
| Defendants. ) | |

## THIRD SUPERSEDING INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning at some exact time unknown to the Grand Jury, but at least on or about

January 12, 2004 and continuing to on or about December 15, 2005, both dates being

approximate and inclusive, the defendants, BYRON WILLIAMS, a/k/a "Filipe" and

"Felipae", RODERICK WILLIAMS, and MARIE INEZ HASAN-LOMAX, a/k/a "Star",

"Inez Lomax", "Inez Lomax-Hasan", and "Inez Marie Lawton" did unlawfully and

knowingly combine, conspire, confederate and agree with each other, and with Latonya

Stuckey, Kelvin Washington, a/k/a "Kevin Washington", "Special K" and others, both

known and unknown to the Grand Jury (the "members of the conspiracy"), in Anchorage,

within the District of Alaska, and in the state of Washington, and elsewhere, to commit

the following offenses against the United States, to wit:

> To distribute, and possess with intent to distribute, 5 kilograms or
> more of a mixture and substance containing a detectable amount of cocaine,
> in violation of Title 21, United States Code Sections 841(a)(1) and
> 841(b)(1)(A); and,

> To possess with intent to distribute, 50 grams or more of a mixture or
> substance containing a detectable amount of cocaine base (crack), in
> violation of Title 21 United States Code Sections 841(a)(1) and
> 841(b)(1)(A).

All this being contrary to and in violation of Title 21 United States Code, Sections

846 & 841(a)(1) & (b)(1)(A).

2

## METHOD AND MEANS OF THE CONSPIRACY

It was part of the conspiracy for members of the conspiracy to obtain cocaine from the state of Washington and to arrange shipment of the cocaine to Anchorage, Alaska. The members of the conspiracy would arrange for the cocaine to be transported to Anchorage through commercial airline flights, as well as other methods. Members of the conspiracy would travel between Anchorage, Alaska and Washington state to arrange for the transportation of cocaine to Anchorage and to transport the cocaine to Anchorage. It was also part of the conspiracy for members of the conspiracy to manufacture cocaine base (crack) from powder cocaine in Anchorage, Alaska and to possess with intent to distribute cocaine base (crack) in Anchorage, Alaska.

## OVERT ACTS

In furtherance of the conspiracy, and to effect the objects thereof, the defendants, together with other persons known and unknown to the Grand Jury, performed and caused to be performed certain overt acts in the District of Alaska and elsewhere, including, but not limited to the following:

1. On or about January 12, 2004, Tonya E. Chaison, a/k/a "Tanya Chaison-Williams", at the direction of BYRON WILLIAMS, rented an apartment at 6611 E. 9th Avenue, Anchorage, Alaska, for the purpose of possessing and storing cocaine and manufacturing cocaine base (crack). BYRON WILLIAMS used the apartment to

3

manufacture cocaine base (crack) from cocaine and to distribute cocaine and cocaine base (crack) from on or about to January 12, 2004 through August 13, 2005.

    2.  On or about April 21, 2004, BYRON WILLIAMS possessed 50 grams of more of a substance containing a detectable amount of cocaine base (crack) in Anchorage, Alaska.

    3.  Beginning at some exact time unknown, but at least in March 2005, BYRON WILLIAMS recruited individuals to transport cocaine from Washington state to Anchorage, Alaska via commercial airline flights. Among the people BYRON WILLIAMS recruited to transport cocaine from Washington state to the state of Alaska was MARIE INEZ HASAN-LOMAX's daughter, Latonya Stuckey.

    4.  Beginning at some exact time unknown, but at least in March 2005 through August 13, 2005, Latonya Stuckey located and secured suppliers of cocaine in Washington state for BYRON WILLIAMS. BYRON WILLIAMS purchased cocaine from these suppliers in Washington state and, together with MARIE INEZ HASAN-LOMAX, and RODERICK WILLIAMS arranged to transport the cocaine to Anchorage, Alaska.

    5.  Beginning at some exact time unknown, but at least beginning in March 2005 and continuing through August 13, 2005, couriers recruited by BYRON WILLIAMS, including Latonya Stuckey, transported cocaine purchased by BYRON WILLIAMS to Anchorage, Alaska from Washington state on behalf of the conspiracy via

4

commercial airline flights on multiple occasions.  BYRON WILLIAMS, together with

RODERICK WILLIAMS and others collected the cocaine transported from Washington

state in Anchorage, Alaska.

6.  On or about August 12, 2005, BYRON WILLIAMS, RODERICK

WILLIAMS, and Kelvin Washington arranged for Latonya Stuckey to transport

approximately 500 grams of cocaine on her person via Alaska Airlines Flight 197 from

Seattle, Washington to Anchorage, Alaska.  BYRON WILLIAMS paid for Latonya

Stuckey's airline ticket on Alaska Airlines Flight 197 and provided her with travel money.

7.  On or about August 12, 2005, in Washington state, BYRON

WILLIAMS gave Latonya Stuckey approximately 500 grams of cocaine to transport via

Alaska Airlines Flight 197 from Washington state to Anchorage, Alaska.  BYRON

WILLIAMS then proceeded to Anchorage via a separate airline flight ahead of Latonya

Stuckey on August 12, 2005.  Latonya Stuckey arrived in Anchorage late on August 12,

2005.

8.  On or about August 13, 2005, during the early morning hours, BYRON

WILLIAMS, RODERICK WILLIAMS, and Kelvin Washington arrived at the

Anchorage, Alaska airport to meet Latonya Stuckey and to receive and continue

transporting the cocaine Latonya Stuckey transported on Alaska Airlines Flight 197.

9.  Beginning at some exact time unknown, but at least between on or about

March 1, 2005 and on or about August 13, 2005, BYRON WILLIAMS provided

5

additional quantities of cocaine to Latonya Stuckey and other couriers, and arranged,

together with RODERICK WILLIAMS, MARIE INEZ HASAN-LOMAX, and Kelvin

Washington, for the couriers, to transport the additional quantities of cocaine to

Anchorage, Alaska from Washington state using commercial airline flights and other

methods. During this time, BYRON WILLIAMS frequently sent proceeds from the sale

of cocaine to MARIE INEZ HASAN-LOMAX in Washington state.

10. After August 13, 2005, BYRON WILLIAMS and RODERICK

WILLIAMS continued to conspire to possess with intent to distribute cocaine up until

December 15, 2005. During this time, RODERICK WILLIAMS possessed with intent to

distribute cocaine at the direction of and on behalf of BYRON WILLIAMS.

All of which is in violation of Title 21 United States Code Sections 846 and

841(a)(1) and (b)(1)(A).

## COUNT 2

Between on or about January 11, 2004 and on or about August 13, 2005, both

dates being approximate and inclusive, the defendants, BYRON WILLIAMS, a/k/a

"Felipe", "Felipae", and TONYA E. CHAISON, a/k/a "Tanya Chaison-Williams", within

the District of Alaska, did knowingly and intentionally open, lease, rent, use, and maintain

a place at 6611 East 9th Avenue #2, Anchorage, Alaska, for the purpose of

manufacturing, distributing, and using cocaine and cocaine base (crack), all of which is in

violation of Title 21 United States Code, Section 856(a)(1) and (b).

6

## COUNT 3

Beginning at some exact time unknown to the Grand Jury, and continuing to on or about December 15, 2005, both dates being approximate and inclusive, the defendants, RODERICK WILLIAMS and PAULA MARIE ROBERDS, within the District of Alaska, did knowingly and intentionally open, lease, rent, use, and maintain a place at 1303 West 23rd Avenue, #28, Anchorage, Alaska, for the purpose of manufacturing, distributing,

//

//

//

//

//

7

and using cocaine and cocaine base (crack), all of which is in violation of Title 21 United

States Code, Section 856(a)(1) and (b).

A TRUE BILL.

/s Grand Jury Foreperson
**GRAND JURY FOREPERSON**

/s James A. Goeke (for)
FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: frank.russo@usdoj.gov

/s Timothy Burgess
TIMOTHY M. BURGESS
United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: tim.burgess@usdoj.gov

DATED:  January 18, 2006