DEBORAH M. SMITH
Acting United States Attorney

JAMES A. GOEKE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: james.goeke@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-076-RRB |
| | ) | |
| Plaintiff, | ) | **NOTICE OF REMOVAL** |
| | ) | **FROM ELECTRONIC** |
| vs. | ) | **SERVICE** |
| | ) | |
| BYRON WILLIAMS et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through counsel, and

hereby requests that the Court no longer serves pleadings in the above-captioned

case on James A. Goeke, Asst. U.S. Attorney. Frank Russo, Assistant U.S.

Attorney, is now appearing for the United States in this matter.

RESPECTFULLY SUBMITTED this <u>24th</u> day of January, 2006 at

Anchorage, Alaska

                                              DEBORAH M. SMITH
Acting United States Attorney

<u>s/ James A. Goeke</u>
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3668
Fax: (907) 271-1500
E-mail: james.goeke@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2006,
a copy of the foregoing was served
electronically on F. Rich Curtner,
Henry Graper, D. Scott Dattan, and served
on Herbert Verigutz via fax to (907)276-5334

<u>s/ James A. Goeke</u>