IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>BYRON WILLIAMS, RODERICK WILLIAMS, MARIE INEZ HASAN-LOMAX, **TANYA E. CHAISON**, and PAULA MARIE ROBARDS<br><br>               Defendants | Case No.: A05-76 (4) Cr. (RRB) |

**ENTRY OF APPEARANCE**

COMES NOW David R. Weber, of the firm of Vasquez & Weber, P.C., and makes this, his Entry of Appearance as counsel on behalf of Tanya E. Chaison. The parties and the Court are respectfully requested to serve electronic copies of all pleadings and notices upon counsel at the e-mail address of record.

Respectfully submitted this 27th day of January 2006.

               Vasquez & Weber, P.C.
               Attorneys for Tanya E. Chaison

               _____
               S.S.: David R. Weber,
               Ak. Bar Assn. No. 8409083

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122   FACSIMILE (907) 279-9123