```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs <u>TONYA E. CHAISON</u>        CASE NO. <u>3:05-cr-00076-06-RRB-JDR</u>
Defendant:  <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE:         <u>JOHN D. ROBERTS</u>

DEPUTY CLERK/RECORDER:        <u>APRIL KARPER</u>

UNITED STATES ATTORNEY:       <u>STEPHAN COLLINS</u>

DEFENDANT'S ATTORNEY:         <u>DAVID WEBER - APPOINTED</u>

U.S.P.O.:                     <u>PAULA MCCORMICK</u>

PROCEEDINGS: ARRAIGNMENT ON THIRD SUPERSEDING INDICTMENT
             HELD JANUARY 27, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:38 p.m. court convened.

<u>X</u> Copy of Third Superseding Indictment given to defendant:
   waived reading.

<u>X</u> Defendant advised of general rights. <u>X</u> Waived full advisement
                                                    of rights.

<u>X</u> Defendant advised of charges and penalties.

<u>X</u> Defendant sworn.

<u>X</u> Defendant stated true name:<u> Tanya Chaison         </u>Age:<u>  32  </u>

<u>X</u> Financial Affidavit filed.
   <u>X</u> Federal Public Defender to appoint CJA counsel; David Weber
     accepted appointment; FPD notified.

<u>X</u> PLEAS: Not guilty to count<u> 2 of the Third Superseding</u>
   <u>Indictment.</u>

<u>X</u> Defendant detained/Detention Hearing set for **February 1, 2006 at 11:00 a.m.**

<u>X</u> Order of Temporary Detention Pending Hearing **FILED.**

CONTINUED ON PAGE 2

DATE:     <u>January 27, 2006</u>     DEPUTY CLERK'S INITIALS: <u>  ak  </u>

```
                    CONTINUATION - PAGE 2
                   U.S.A. vs. TONYA CHAISON
                   3:05-cr-00076-06-RRB-JDR
             ARRAIGNMENT ON THIRD SUPERSEDING INDICTMENT
                       January 27, 2006
```

 X Pretrial motions due **February 13, 2006**; Order for the
   Progression of a Criminal Case with Trial by Jury &
   Final Pretrial Date **FILED.**

 X Counsel advised of trial date: **April 10, 2006** before U.S.
   District Judge Ralph R. Beistline. Mr. Weber unavailable from
   **April 13, 2006 to April 22, 2006.**

 X OTHER: Parties to meet and confer by the close of business on
   **February 1, 2006.** Court and counsel heard re plaintiff's oral
   motion to change the spelling of the defendant's name to Tanya
   Chaison; **GRANTED.** Court and counsel heard re plaintiff's oral
   motion for a detention hearing; **GRANTED.**

At 3:58 p.m. court adjourned.

DATE:     January 27, 2006     DEPUTY CLERK'S INITIALS:    ak