AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

TONYA E. CHAISON

**WARRANT FOR ARREST**

CASE NUMBER: 3:05-cr-00076-RRB -06

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest TONYA E. CHAISON and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[X] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense): MAINTAINING A DRUG INVOLVED PREMISES, Count 2.

in violation of Title 21 United States Code, Section(s) 856(a)(1), (b)

Ida Romack
Name of Issuing Officer

by _Patricia Demeter_  Deputy Clerk
Signature of Issuing Officer

Bail Fixed at $ to be determined

Clerk of Court
Title of Issuing Officer

January 18, 2006, at Anchorage, Alaska
Date and Location

by Magistrate Judge John D. Roberts

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at: ANCHORAGE ALASKA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 18 JAN 2006 | S/A MARIE SCHMIDT  DEA | |
| DATE OF ARREST 27 JAN 2006 | | |