IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                                          )<br>                    Plaintiff,                 )<br>                                                          )<br>          vs.                                         )<br>                                                          )<br>BYRON WILLIAMS, RODERICK   )<br>WILLIAMS, MARIE INEZ HASAN-  )<br>LOMAX, **TANYA E. CHAISON**, and )<br>PAULA MARIE ROBARDS             )<br>                                                          )<br>                    Defendants                )  | Case No.: A05-76 (4) Cr. (RRB) |

## ORDER GRANTING SEVERANCE

FOR GOOD CAUSE SHOWN, and upon consideration of defendant Tanya E. Chaison's Motion To Sever, any Opposition thereto, and of any Reply, it is hereby ORDERED that the Motion is GRANTED.

SO ORDERED this _____ day of _____ 2006.

_____
By: Honorable John D. Roberts
United States District Court Magistrate Judge

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122   FACSIMILE (907) 279-9123