IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BYRON WILLIAMS, RODERICK WILLIAMS, MARIE INEZ HASAN-LOMAX, **TANYA E. CHAISON**, and PAULA MARIE ROBARDS<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: A05-76 (4) Cr. (RRB) |

## **ORDER REQUIRING DISCLOSURE OF 404(b) EVIDENCE**

FOR GOOD CAUSE SHOWN, and upon consideration of defendant Tanya E. Chaison's Motion to Require Disclosure of 404(b) Evidence, any Opposition thereto, and of any Reply, it is hereby ORDERED that the Motion is GRANTED.

FURTHER ORDERED that the government shall serve notice of its intent to introduce at defendant's trial evidence of any other crimes, wrongs, or bad acts allegedly committed by defendant, pursuant to Federal Rule of Evidence 404(b), along with a specification of the facts underlying such evidence, within thirty (30) days of the date this Order is issued.

FURTHER ORDERED that the duty to provide notice of intent to introduce, and specification of, evidence under 404(b) is a continuing one, which the government shall fulfill by disclosing any additional 404(b) evidence and the facts and circumstances underlying it as soon as practicable after learning of such evidence, but in no event later than forty-five (45) days prior to trial.

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122    FACSIMILE (907) 279-9123

FURTHER ORDERED that other 404(b) evidence of which the government learns for the first time subsequent to such date shall be immediately brought to the attention of the defendant and the court, and the government shall, if it seeks to introduce such evidence, provide a motion *in limine* explaining when it first learned of the evidence, setting forth a summary of the evidence and underlying facts, and identifying the bases upon which the government asserts it can be admitted, prior to any such evidence.

SO ORDERED this _____ day of _____ 2006.

By: Honorable John D. Roberts
United States District Court Magistrate Judge