IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>BYRON WILLIAMS, RODERICK WILLIAMS, MARIE INEZ HASAN-LOMAX, **TANYA E. CHAISON**, and PAULA MARIE ROBARDS<br><br>            Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: A05-76 (4) Cr. (RRB) |

**ORDER REQUIRING DISCLOSURE OF CONFIDENTIAL INFORMANTS**

FOR GOOD CAUSE SHOWN, and upon consideration of defendant Tanya E. Chaison's Motion Pertaining To Confidential Informants, any Opposition thereto, and of any Reply, it is hereby ORDERED that the Motion is GRANTED.

FURTHER ORDERED that the government shall produce the names, current addresses, and copies of statements of confidential informants within thirty (30) days of the date this Order is issued.

SO ORDERED this _____ day of _____ 2006.

_____
By: Honorable John D. Roberts
United States District Court Magistrate Judge

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122   FACSIMILE (907) 279-9123