IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>BYRON WILLIAMS, RODERICK WILLIAMS, MARIE INEZ HASAN-LOMAX, **TANYA E. CHAISON**, and PAULA MARIE ROBARDS<br><br>               Defendants | Case No.: A05-76 (4) Cr. (RRB) |

## ORDER REQUIRING DISCLOSURE OF DEFENDANT'S STATEMENTS

FOR GOOD CAUSE SHOWN, and upon consideration of defendant Tanya E. Chaison's Motion For Discovery Of "Defendant's Statements", any Opposition thereto, and of any Reply, it is hereby ORDERED that the Motion is GRANTED.

FURTHER ORDERED that the government shall, within thirty (30) days of the date this Order is issued, produce:

1. All statements of defendant(s), regardless of their form, and regardless of whether the government considers them relevant;

2. All summaries of defendant(s) statements made by government agents or witnesses;

3. All statements or summaries of statements made by third-parties to the government, purporting to relate statements made by defendant(s); and

4. to the extent not covered by the subparagraphs above, all statements, confessions, admissions, remarks or utterances of the defendant(s), or any alleged unindicted co-conspirator made to any investigating

1 officers of agents of the United States government, including
2 attorneys.
3 SO ORDERED this _____ day of _____ 2006.

By: Honorable John D. Roberts
United States District Court Magistrate Judge

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122   FACSIMILE (907) 279-9123