IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>BYRON WILLIAMS, RODERICK WILLIAMS, MARIE INEZ HASAN-LOMAX, **TANYA E. CHAISON**, and PAULA MARIE ROBARDS<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.: A05-76 (4) Cr. (RRB) |

## ORDER REQUIRING PRODUCTION AND INSPECTION OF GRAND JURY PROCEEDINGS

FOR GOOD CAUSE SHOWN, and upon consideration of defendant Tanya E. Chaison's Motion For Production And Inspection Of Grand Jury Proceedings, any Opposition thereto, and of any Reply, it is hereby ORDERED that the Motion is GRANTED.

FURTHER ORDERED that the government and, where applicable, the Clerk of Court, shall, within thirty (30) days of the date this Order is issued, produce:

1. The inspection and copying of the proceedings of the Grand Jury that returned the present Indictment or grand juries that considered the subject matter of this Indictment, including but not limited to:

 a. the transcript of testimony of all persons who testified before the Grand Jury that returned the Indictment in this action;

 b. all notes, documents, papers and reports that were used by any witness in testifying before the Grand Jury; and

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122    FACSIMILE (907) 279-9123

    c.    any and all books, records or other documents obtained from the defendant or any third persons which the Grand Jury relied on returning the charges in the Indictment or which the government intends to rely on to establish the charges set forth in the Indictment.

2.    All notes, records, documents relating to the Grand Jury that returned this Indictment and those of other grand juries that considered the subject in this Indictment, that relate to who was present during the proceedings of the Grand Jury, those persons to whom matters and proceedings of the Grand Jury were disclosed, including the certification by the attorney of the government that such persons had been advised of their obligation to secrecy pursuant to F.R.Cr.P. 6(e)(3)(b).

3.    All the records, documents, or orders (if any) of the Grand Jury that returned this Indictment and other grand juries that considered the subject matter of this Indictment, relative to the disclosure of matters occurring before a Grand Jury to successive and other grand juries.

SO ORDERED this _____ day of _____ 2006.

_____
By: Honorable John D. Roberts
United States District Court Magistrate Judge

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122    FACSIMILE (907) 279-9123