IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) |
| BYRON WILLIAMS, RODERICK WILLIAMS, MARIE INEZ HASAN-LOMAX, **TANYA E. CHAISON**, and PAULA MARIE ROBARDS | ) ) ) ) ) |
| Defendants | ) ) |

Case No.: A05-76 (4) Cr. (RRB)

## ORDER DIRECTING FILING OF PARTICULARS

FOR GOOD CAUSE SHOWN, and upon consideration of defendant Tanya E. Chaison's Motion For Bill of Particulars, any Opposition thereto, and of any Reply the Court hereby orders the United States ("government") to disclose the following Particulars regarding Count II of the Indictment to Ms. Chaison:

1. The Government shall state each discrete incident on or between January 11, 2004 and August 13, 2005 that it claims establishes that Ms. Chaison knowingly, 1) opened; or 2) leased; or 3) rented; or 5) used; or 6) maintained 611 East 9th Apartment #2 for the purpose of: 1) manufacturing; or 2) distributing; or 3) using, cocaine or crack cocaine.

2. For each discreet incident described, the government should identify the drug and amount alleged.

SO ORDERED this _____ day of _____ 2006.

_____
By: Honorable John D. Roberts
United States District Court Magistrate Judge

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122    FACSIMILE (907) 279-9123