IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| BYRON WILLIAMS, RODERICK WILLIAMS, MARIE INEZ HASAN-LOMAX, **TANYA E. CHAISON**, and PAULA MARIE ROBARDS | ) ) ) ) ) |
| Defendants | ) |

Case No.: A05-76 (4) Cr. (RRB)

## ORDER REQUIRING PRESERVATION OF EVIDENCE

FOR GOOD CAUSE SHOWN, and upon consideration of defendant Tanya E. Chaison's Motion To Preserve Evidence, any Opposition thereto, and of any Reply, it is hereby ORDERED that the Motion is GRANTED.

FURTHER ORDERED that the government shall, upon receipt of this ORDER, take all necessary actions and precautions to preserve and retain intact and not to destroy, alter or misplace any evidence, tangible papers, reports, objects or other information relating in any way to this Indictment, including, but not limited to the various information and materials requested by the Defendant through pre-trial motions filed herein. Included, by way of illustration only, would be the following, and any and all information relating to or from the following:

1. Evidence, reports, notes or other information arguably subject to disclosure, discovery, inspection or subpoena pursuant to Rules 6(e), 16(a) and 17 of the Federal Rules of Criminal Procedure;

2. Evidence, reports, notes or other information arguably subject to production or disclosure at trial pursuant to 18 U.S.C. §3500 or Rules 612 or 613(a) of the Federal Rules of Evidence;

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122   FACSIMILE (907) 279-9123

3. Evidence, reports, notes or other information arguably favorable or useful to the Defendant regarding guilt or innocence or concerning impeachment of prosecution witnesses; and/or

4. Evidence, surveillance reports and witness interview notes and notes relative to witnesses the prosecution does not intend to call at this time, but who the prosecution may wish to call as a witness at a pretrial hearing or a witness which the prosecution classifies as a "potential" or "prospective" witness at the trial itself.

5. All draft reports concerning this matter residing in any Governmental Agency "I Drive."

6. All alleged waivers signed by Ms. Chaison.

SO ORDERED this _____ day of _____ 2006.

_____
By: Honorable John D. Roberts
United States District Court Magistrate Judge