IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| BYRON WILLIAMS, RODERICK WILLIAMS, MARIE INEZ HASAN-LOMAX, **TANYA E. CHAISON**, and PAULA MARIE ROBARDS | ) |
| Defendants | ) Case No.: A05-76 (4) Cr. (RRB) |

## ORDER REQUIRING DISCLOSURE OF "DEALS"

FOR GOOD CAUSE SHOWN, and upon consideration of defendant Tanya E. Chaison's Motion To Reveal The Deal, any Opposition thereto, and of any Reply, it is hereby ORDERED that the Motion is GRANTED.

FURTHER ORDERED that the government shall, within thirty (30) days of the date this Order is issued, disclose the existence and substance of any agreements between any co-defendant, co-conspirator or any other person in this case and any officer or agent of the Federal or State Government. Said disclosure shall include, but is not limited to, the following:

1. All writings, recordings and photographs which relate in any way to offers, inducements or consideration made to any persons in an effort, whether successful or not, to obtain testimony in this case.

2. All writings recordings and photographs relating to offered "bargains," whether consummated or not, with person connected directly or indirectly with this case.

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122   FACSIMILE (907) 279-9123

3. All writings, recordings and photographs relating to an offer of immunity or other special consideration made to persons directly or indirectly connected with this case.

4. Without limiting the generality of the foregoing, the Government shall disclose any bargains reached with any witness or prospective witness in this case, including but not limited to:

    a. The substance of any "deal" or understanding reached between agents or officers of the Federal or State Government and potential witnesses in this case;

    b. The date that the bargains were reached;

    c. The date on which the negotiation of such "deals were undertaken;

    d. The proffer, if any, made by the witness as to information he/she could provide the Government, including the date that the proffer was made;

    e. Any debriefing notes and summaries obtained by the Government as a result of such negotiations; and

    f. The results of any polygraph examination given to witnesses, pursuant to such agreements.

5. The Government shall also disclose the same information as ORDERED in the above subparagraph regarding any deal which was discussed with, or offered, to any individual by the Government, but for whatever reason not consummated.

6. The Government shall also disclose the same information as ORDERED in subparagraph 4, above, with regard to any bargain reached between

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122   FACSIMILE (907) 279-9123

the Government any person connected with this case but for some reason ultimately voided prior to this date.

SO ORDERED this _____ day of _____ 2006.

_____
By: Honorable John D. Roberts
United States District Court Magistrate Judge

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122   FACSIMILE (907) 279-9123