IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>BYRON WILLIAMS, RODERICK WILLIAMS, MARIE INEZ HASAN-LOMAX, **TANYA E. CHAISON**, and PAULA MARIE ROBARDS<br><br>                Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: A05-76 (4) Cr. (RRB) |

## ORDER REQUIRING DISCLOSURE OF STATEMENTS BY CO-DEFENDANTS

FOR GOOD CAUSE SHOWN, and upon consideration of defendant Tanya E. Chaison's Motion For Production And Disclosure Of Statements By Co-Defendants, any Opposition thereto, and of any Reply, it is hereby ORDERED that the Motion is GRANTED.

FURTHER ORDERED that the government shall, within thirty (30) days of the date this Order is issued, produce to defendant produce any and all statements made by co-defendants in this cause.

SO ORDERED this _____ day of _____ 2006.

                                                        _____
                                                        By: Honorable John D. Roberts
                                                      United States District Court Magistrate Judge

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122   FACSIMILE (907) 279-9123