IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| BYRON WILLIAMS, RODERICK WILLIAMS, MARIE INEZ HASAN-LOMAX, **TANYA E. CHAISON**, and PAULA MARIE ROBARDS | ) ) ) ) ) |
| Defendants | ) Case No.: A05-76 (4) Cr. (RRB) |

## MOTION TO DISCLOSE SEARCH WARRANTS - AND MEMORANDUM IN SUPPORT THEREOF

COMES NOW Tanya Chaison, by and through counsel, David R. Weber, of the firm of Vasquez & Weber, P.C., and, enters this, her Motion To Disclose Search Warrants - And Memorandum In Support Thereof. Ms. Chaison moves this Court for its Order requiring the Government to identify and disclose all Search Warrants, State and Federal, used in the investigation of this cause. Counsel has conferred with the Government concerning the material requested herein and has failed to reach a satisfactory agreement.

### MATERIALS REQUESTED

Ms. Chaison moves this Court for an Order requiring the Government to produce the search warrant numbers, affidavits supporting issuance, copies of issued search warrants and copies of search warrant returns for all search warrants issued in relation to this Indictment.

### MEMORANDUM OF LAW

Ms. Chaison is requesting access to any search warrants and supporting documentation used to accumulate evidence utilized by the Government in

procuring the Indictment or which the Government intends to use at trial. Since defendants have the right to challenge the manner in which evidence was seized, they must have access to this information as well as the information and documents used to obtain any such warrants or subpoenas.

The only orderly procedure for examining the validity of the warrants and the admissibility of the resulting evidence (if any) begins with disclosure of the warrants to the defense. The alternative is to require multiple evidentiary hearings during the course of the trial which would be incredibly disruptive. The court should order the Government to identify all warrants used in connection with the investigation or prosecution in this case and direct the Clerk's office to make all such documents and supporting materials and records available to the defense. In that regard, and pursuant to Criminal Rule 12(d)(2), both defendants hereby request notice of the Government's intention to use any evidence that may be subject to a motion to suppress.

Respectfully submitted this 10th day of February 2006.

Vasquez & Weber, P.C.
Attorneys for Tanya E. Chaison

_____
S.S.: David R. Weber,
Ak. Bar Assn. No. 8409083