IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>BYRON WILLIAMS, RODERICK WILLIAMS, MARIE INEZ HASAN-LOMAX, **TANYA E. CHAISON**, and PAULA MARIE ROBARDS<br><br>                Defendants | Case No.: A05-76 (4) Cr. (RRB) |

## **ORDER CONCERNING SEARCH WARRANTS**

FOR GOOD CAUSE SHOWN, and upon consideration of defendant Tanya E. Chaison's Motion To Disclose Search Warrants, any Opposition thereto, and of any Reply, it is hereby ORDERED that the Motion is GRANTED.

FURTHER ORDERED, that the government shall, within thirty days (30) of this ORDER, produce to the defense the search warrant numbers, affidavits supporting issuance, copies of issued search warrants and copies of search warrant returns for all State of Alaska and Federal search warrants issued in relation to this Indictment.

SO ORDERED this _____ day of _____ 2006.

By: Honorable John D. Roberts
United States District Court Magistrate Judge

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122   FACSIMILE (907) 279-9123