IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | |
| BYRON WILLIAMS, RODERICK WILLIAMS, MARIE INEZ HASAN-LOMAX, **TANYA E. CHAISON**, and PAULA MARIE ROBARDS ) | |
| Defendants ) | Case No.: A05-76 (4) Cr. (RRB) |

## ORDER SUPPRESSING STATEMENT

FOR GOOD CAUSE SHOWN, and upon consideration of defendant Tanya E. Chaison's Motion To Suppress Statement, any Opposition thereto, and of any Reply, and all evidence taken concerning the matter, it is hereby ORDERED that the Motion is GRANTED. The statement obtained on January 27, 2006 from Ms. Chaison is hereby suppressed.

SO ORDERED this _____ day of _____ 2006.

_____
By: Honorable John D. Roberts
United States District Court Magistrate Judge

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122   FACSIMILE (907) 279-9123