IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>BYRON WILLIAMS, RODERICK WILLIAMS, MARIE INEZ HASAN-LOMAX, **TANYA E. CHAISON**, and PAULA MARIE ROBARDS<br><br>                Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: A05-76 (4) Cr. (RRB) |

### JOINDER TO MOTIONS TO CONTINUE TRIAL AND EXTEND MOTIONS DEADLINES

COMES NOW Tanya Chaison, by and through counsel, David R. Weber, of the firm of Vasquez & Weber, P.C., and hereby files this non-opposition to Byron Williams' Motion to Continue Trial. Ms. Chaison joins in Mr. Roderick William's Motion to For 30 Day Extension Of Time To File Pretrial Motions. Counsel for Ms. Chaison is in a similar situation as that of Mr. Williams' counsel. However, the recordings in question were first made available to Ms. Chaison today.

Respectfully submitted this 10th day of February 2006.

Vasquez & Weber, P.C.
Attorneys for Tanya E. Chaison

_____
S.S.: David R. Weber,
Ak. Bar Assn. No. 8409083

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122   FACSIMILE (907) 279-9123