LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Fax: (907) 278-8571

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BYRON WILLIAMS, et al | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. 3:05-cr-76-1-RRB |

**NOTICE OF JOINDER**

Defendant Byron Williams by and through undersigned counsel and herby joins the Motion for Production and Inspection of Law Enforcement Officer Records filed by David Weber, Esq. on behalf of his client defendant Tanya Chaison. These are co-defendants, joined for trial and the information requested is relevant and pertinent to Mr. Williams' case.

Dated at Anchorage, Alaska this 14th day of February, 2006

    s/D. Scott Dattan
    Attorney for Defendant, Byron Williams
    2600 Denali Street, Suite 460
    Anchorage, Alaska  99503
    Phone:  907-276-8008
    E-Mail:  dattan@alaska.net
    Alaska Bar No. 8411111

Page 1 of 2
USA v BYRON WILLIAMS; 3:05-cr-76-1-RRB
Joinder to Motion for Production and
Inspection of Law Enforcement Officer Records

**CERTIFICATE OF SERVICE**

       I hereby certify that on February 10, 2006, a copy of foregoing NOTICE OF JOINDER was served electronically on: James Goeke, Rich Curtner, Lance Wells, Frank Russo, Sue Ellen Tatter, Herbert A. Viergutz, T. Burke Wonnell.

s/D.Scott Dattan

Page 2 of 2
USA v BYRON WILLIAMS; 3:05-cr-76-1-RRB
Joinder to Motion for Production and
Inspection of Law Enforcement Officer Records