# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. TANYA E. CHAISON

Case No. 3:05-00076-06-RRB-JDR

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**

Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

**RE:  Motion to Late File Response to Motions, Docket No. 188**

The government's motion filed on shortened time, Docket No. 188, to file response to defendant's motions one day late is hereby GRANTED.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

February 14, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-05-cr-00076-06-RRB-JDR CHAISON @188 MO GRANTING Motion to Late File Response.wpd