U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | | | Page 1 of 7 | |
|---|---|---|---|---|
| 1. Program Code | 2. Cross File | Related Files | 3. File No. RG-05-0044 | |
| 5. By: S/A Mark J. Schmidt<br>At: Anchorage, Alaska<br>District Office | ☐<br>☐<br>☐ | | 6. File Title<br>WILLIAMS, Byron | |
| 7. ☐ Closed  ☐ Requested Action Completed<br>☐ Action Requested By: | ☐<br>☐ | | 8. Date Prepared<br>02/01/06 | |
| 9. Other Officers: APD Det. G.K. Dorr | | | | |
| 10. Report Re: Post Arrest Statement of Tanya CHAISON | | | | |

## SYNOPSIS

On 1/27/2006 Tanya CHAISON was arrested on an outstanding Federal arrest warrant. CHAISON agreed to speak with ADO and APD officers. CHAISON provided information on the drug trafficking and money laundering activities of Byron WILLIAMS, Leslie WILLIAMS, Roderick WILLIAMS, and other members of their organization.

## DETAILS

1. On 01/27/2006, Anchorage District Office (ADO) S/A Mark J. Schmidt and Anchorage Police Department (APD) Detective G.K. Dorr arrested Tanya Elizabeth CHAISON AKA Summer at the Alaska State Probation Office in Anchorage based on a Federal arrest warrant for Conspiracy to Distribute Cocaine and Maintaining a Drug Involved Premises. CHAISON was transported to the ADO for processing by S/A Schmidt and Det. Dorr. S/A Schmidt advised CHAISON of her Constitutional Rights using a DEA-13A card. CHAISON stated that she understood her rights and agreed to speak with S/A Schmidt and Det. Dorr.

2. CHAISON stated that she had met Byron WILLIAMS through a mutual friend, Anthony COLEMAN in 2003. According to CHAISON, COLEMAN and WILLIAMS were incarcerated on state charges at Palmer Correctional Center and COLEMAN was a boyfriend of a friend of CHAISON's. COLEMAN introduced CHAISON to WILLIAMS and they (CHAISON and WILLIAMS) began to correspond through the mail. CHAISON stated that she continued to correspond with WILLIAMS until he was released on 10/9/2003.



| 11. Distribution: | 12. Signature (Agent)<br>S/A Mark J. Schmidt | 13. Date<br>2/2/06 |
|---|---|---|
| | 14. Approved (Name and Title)<br>Mark Payne<br>Group Supervisor | 15. Date |

DEA Form - 6
(Jul. 1996)
mjs

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

0000000350

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>(Continuation) | 1. File No.<br>RG-05-0044 |
|---|---|
| | 3. File Title<br>WILLIAMS, Byron |
| 4.<br>Page 2 of 7 | |
| 5. Program Code | 6. Date Prepared<br>02/01/06 |

3. CHAISON stated that upon his release in October 2003, WILLIAMS moved in with her at her residence located at 1711 Lore Street Apartment 219 in Anchorage. CHAISON stated that WILLIAMS immediately obtained an unidentified source of supply for cocaine and began distributing it. According to CHAISON, within thirty days of his release from prison in 2003, WILLIAMS had earned enough money distributing cocaine to purchase a two door white Mercedes Benz coupe with his drug distribution associate Leslie WILLIAMS.

4. CHAISON stated that Leslie WILLIAMS was a drug distributor and speculated that he was also a pedophile. CHAISON stated that on one occasions, she observed Byron WILLIAMS give Leslie WILLIAMS a Lucky Charms cereal box containing an unspecified quantity of cocaine. CHAISON stated that Byron WILLIAMS often used this and similar methods to conceal drugs he was giving to his associates

5. CHAISON stated that she first saw Byron WILLIAMS with cocaine sometime in late 2003 and that he (Byron WILLIAMS) also often consumed cocaine himself. CHAISON stated that she also saw WILLIAMS with large quantities of U.S. currency even though he was unemployed.

6. CHAISON stated that in early 2004, she rented an apartment located on East 9th Avenue from Rebecca BLUE and Vander BLUE for herself and Byron WILLIAMS. CHAISON stated that Vander BLUE is a cocaine addict and an associate of WILLIAMS. CHAISON stated that when she was present, WILLIAMS usually did not distribute cocaine from the apartment on East 9th Avenue but instead went out to meet his customers.

7. CHAISON stated that sometime in 2004, WILLIAMS came back the apartment early one morning and told her that he had been stopped by APD near the Crazy Horse club. According to CHAISON, WILLIAMS told her that he (WILLIAMS) had thrown something out of his vehicle prior to being stopped by APD. CHAISON stated that WILLIAMS told her that he (WILLIAMS) wanted her (CHAISON) to accompany him to go and find the "box". CHAISON stated that she took this to mean some quantity of drugs. CHAISON stated that WILLIAMS also told her that after the initial stop by APD, he (WILLIAMS) had gone to an unidentified female associate's residence near Muldoon Road

DEA Form -6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

0000000351

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. RG-05-0044 | |
|---|---|---|
| | 3. File Title WILLIAMS, Byron | |
| 4. Page 3 of 7 | | |
| 5. Program Code | 6. Date Prepared 02/01/06 | |

and had this female associate take him (WILLIAMS) back to look for the missing item. CHAISON stated that WILLIAMS told her that he (WILLIAMS) and this unidentified female associate had been stopped again by the same APD officer at the same location as the previous stop and that the APD officer had told WILLIAMS that he had seen him throw the item out the window of his vehicle. CHAISON stated that she and WILLIAMS later drove Leslie WILLIAMS' Chevrolet Trailblazer back to the area of the stop to look for the item but could not find it. Additionally, CHAISON stated that in the summer of 2005, WILLIAMS told her that he was again stopped by the same APD officer while driving a four door white Mercedes Benz sedan. WILLIAMS told CHAISON that the APD officer told WILLIAMS that he (the APD officer) knew that WILLIAMS was distributing drugs.

8. CHAISON stated that she knew that Byron WILLIAMS source of supply was an unidentified individual in Seattle, Washington. CHAISON stated that based on her observations when she was with WILLIAMS, the source of supply was a black male who drove a Cadillac Escalade with a business logo painted on its side. CHAISON did not identify the source of supply or the business name.

9. CHAISON stated that in May 2004, Byron WILLIAMS went to Seattle, Washington for several weeks. CHAISON stated that she and WILLIAMS were separated for an unspecified time during 2004. CHAISON stated that during this period, WILLIAMS began his relationship with a female known as "STARR" in the Seattle area. NOTE: ADO Intelligence indicates that " STARR" is Inez Marie LOMAX-Hasan AKA Inez LAWTON, the mother of LaTonya STUCKEY. CHAISON stated that "STARR" was involved and assisted WILLIAMS in his drug distribution activities. CHAISON stated that she actually met "STARR" on only one occasion at the Northway mall in Anchorage and that she and "STARR" had a verbal confrontation over their respective relationships with WILLIAMS.

10. CHAISON stated that sometime in 2004, WILLIAMS wanted to purchase a Cadillac Escalade. CHAISON stated that WILLIAMS worked with a corrupt car salesman named JAMES LNU at AFFORDABLE USED CARS in Anchorage to obtain the Cadillac Escalade. According to CHAISON, WILLIAMS had one of his drug associates, an Alaska Native female named "SHIRLEY" sign over a $13,000.00 check from the CIRI Native Corporation to Mr. KELLY at AFFORDABLE USED

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

0000000352

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. RG-05-0044 |
|---|---|
| | 3. File Title WILLIAMS, Byron |
| 4. Page 4 of 7 | |
| 5. Program Code | 6. Date Prepared 02/01/06 |

CARS as a down payment. CHAISON stated that WILLIAMS or JAMES LNU forged her name as well as Leslie WILLIAMS name on the title and purchase documentation for this vehicle. Additionally, CHAISON stated that WILLIAMS paid her to obtain vehicle insurance on his Cadillac Escalade and Mercedes Benz sedan in her own name.

11. CHAISON stated that sometime during 2004, she had a relationship with a barber named Abdeem GRIFFIN. CHAISON stated that GRIFFIN had offered to help her with her problems with WILLIAMS but that GRIFFIN turned out to be a drug distributor like WILLIAMS. CHAISON stated that sometime during 2004, she also traveled to Las Vegas, Nevada in order to get away from WILLIAMS for a while. CHAISON stated that she did not do anything for WILLIAMS while she was in Las Vegas.

12. CHAISON stated that she needed money so she resumed her relationship with Byron WILLIAMS. CHAISON stated that during her relationship with Byron WILLIAMS, she never transported any money or drugs for him. CHAISON stated that on several occasions, she did sent Western Union Money Transfers of approximately $100.00 each to an associate of WILLIAMS known as "M and M" in Chicago. NOTE: ADO Intelligence indicates that "M and M" is actually Michael Dernell CRAWFORD.

13. S/A Schmidt showed CHAISON a photograph of Shirlee A. KAKARUK-Payne. CHAISON identified this photograph as Byron WILLIAMS' Alaska Native associate named "Shirley". CHAISON stated that KAKARUK-Payne sold cocaine which she was supplied by Byron WILLIAMS. CHAISON stated that she observed WILLIAMS meet with KAKARUK-Payne on numerous occasions in which WILLIAMS exchange bags or other containers containing suspected cocaine with KAKARUK-Payne for unknown quantities of U.S. Currency in small denominations. CHAISON stated that WILLIAMS on one occasion she observed WILLIAMS put a quantity of cocaine into a Tabasco sauce box and then deliver it to KAKARUK-Payne.

14. CHAISON stated that on one occasion during the summer of 2005, she heard Byron WILLIAMS talking on the telephone with Inez LOMAX AKA "Starr" in Seattle. According to CHAISON, WILLIAMS yelled at LOMAX and complained that KAKARUK-Payne was on her way to Seattle but was lost. CHAISON stated that WILLIAMS complained to LOMAX should have met KAKARUK-Payne and that

DEA Form - 6a (Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

0000000353

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. RG-05-0044 | |
|---|---|---|
| | 3. File Title WILLIAMS, Byron | |
| 4. Page 5 of 7 | | |
| 5. Program Code | 6. Date Prepared 02/01/06 | |

KAKARUK-Payne might be smoking cocaine base. CHAISON stated that based on this conversation, WILLIAMS had sent KAKARUK-Payne to Seattle to transport a quantity of cocaine back to Anchorage.

15. CHAISON stated that in 2005, WILLIAMS began to purchase Cadillac sedans and other vehicles from an unidentified car dealer in Seattle. CHAISON stated that WILLIAMS told her that the car dealer had previously been involved in drug distribution. CHAISON stated that WILLIAMS had no legitimate income or employment. CHAISON stated that WILLIAMS had her title or register some of his vehicles in her name because he was a drug distributor and could not justify having them in his name. CHAISON stated that she did receive a Ford Crown Victoria sedan which had belonged to Byron WILLIAMS' grandmother from WILLIAMS and had registered that vehicle in her (CHAISON'S) own name also.

16. CHAISON stated that during this period, she was living apart from WILLIAMS who remained in the apartment on East 9th Avenue. CHAISON stated that she resided at 12521 Tanada Loop in apartment number 2. CHAISON stated that her telephone number was (907) 344-1140. CHAISON stated that she had obtained several restraining orders against WILLIAMS during this period but that she had let them all lapse. CHAISON stated that Byron WILLIAMS had taken everything she owned and was not adequately supporting her. CHAISON stated that she needed money so she kept returning to her relationship with WILLIAMS.

17. CHAISON stated that sometime in July 2005 while WILLIAMS was in Seattle, she contacted him by telephone and asked for money to pay their joint expenses. According to CHAISON, WILLIAMS told her to go and meet with one of his drug associates known as "SUE" LNU. CHAISON stated that "SUE" LNU's telephone number is (907) 764-PIMP (764-7467). CHAISON stated that WILLIAMS told her that "SUE" LNU owed him (WILLIAMS) money for a unspecified amount of drugs. CHAISON stated that she met "SUE" LNU in the parking lot of the Carr's grocery store on Jewel Lake Road. CHAISON stated that "SUE" LNU drove a gray or blue Toyota 4-Runner SUV with a camper top to this meeting. CHAISON stated that "SUE" LNU gave her $500.00.

18. CHAISON stated that on another occasion, she went to Roderick WILLIAMS' AKA "M.C. ROD's" apartment on West 23rd Avenue in Anchorage to

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

0000000354

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. RG-05-0044 | |
|---|---|---|
| | 3. File Title WILLIAMS, Byron | |
| 4. Page 6 of 7 | | |
| 5. Program Code | 6. Date Prepared 02/01/06 | |

get money from Byron WILLIAMS. CHAISON stated that both Byron and Roderick WILLIAMS were present when she arrived at the apartment. CHAISON stated that she did not observe any drugs when she was in this apartment but did receive $300.00 from Byron WILLIAMS there.

19. CHAISON stated that on one occasion in August 2005 after Byron WILLIAMS was again incarcerated, she spoke with him by telephone from the Anchorage Jail. CHAISON stated that WILLIAMS instructed her to meet with an associate of WILLIAMS known as "COUSIN" in order to pick up some money owed to WILLIAMS. CHAISON stated that "COUSIN" was an older black male who drives an older model rusty black Full size Ford Bronco. CHAISON stated that WILLIAMS sent her to meet with "COUSIN" at the Taco Bell restaurant on Dimond Boulevard in Anchorage. CHAISON stated that "COUSIN" gave her $500.00. CHAISON stated that based on her observations she believed this was payment for a previous drug debt. CHAISON stated that she delivered this $500.00 to Byron WILLIAMS' mother in Anchorage.

20. CHAISON stated that she was currently living with a female named Shaunte JOHNSON at 732 North Pine Street, Unit #1 in Anchorage, Alaska. CHAISON stated that JOHNSON knew Byron WILLIAMS and would be cooperative with law enforcement if contacted. CHAISON stated that JOHNSON's telephone number was (907) 744-6853.

**INDEXING**

1. CHAISON, Tanya Elizabeth - ███████████ Telephone Numbers: (907) 344-1140; Addresses: 732 North Pine Street #1, Anchorage, AK 99508.

2. WILLIAMS, Byron - ███████████

3. COLEMAN, Anthony - ███████████ Black male; Location: Anchorage, Alaska.

4. WILLIAMS, Leslie - ███████████

5. BLUE, Rebecca - ███████████ White Female; Address: 6611 E 9TH AVE APT 1, ANCHORAGE, AK.

DEA Form - 6a
(Jul. 1996)
DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

0000000355

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. RG-05-0044 |
|---|---|
| | 3. File Title WILLIAMS, Byron |
| 4. Page 7 of 7 | |
| 5. Program Code | 6. Date Prepared 02/01/06 |

6. BLUE, Vander -

7. LOMAX-Hasan, Inez - ▮▮▮ AKA Starr.

8. STUCKEY, LaTonya - ▮▮▮

9. JAMES LNU - ▮▮▮ Black male; employment: Car Salesman; Employer: Affordable Used Cars Inc., 929 East 8th Avenue, Anchorage, AK; Work telephone Number: (907) 274-2277.

10. AFFORDABLE USED CARS INC. - ▮▮▮ Location: 929 East 8th Avenue, Anchorage, AK; Work telephone Number: (907) 274-2277; Website: www.affordableusedcars.com.

11. GRIFFIN, Abdeem - ▮▮▮

12. CRAWFORD, Michael Dernell - ▮▮▮ AKA "M&M", "M and M"; Black male; DOB: 10/15/1966; SSN: 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; Address: Anchorage, Alaska.

13. KAKARUK-Payne, Shirlee Ann - ▮▮▮ Alaska native Female; DOB: 8/28/1974; SSN: 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; FBI #: 936781XA6; Telephone Number: (907) 744-9333; Work telephone Number: (907) 279-6405.

14. SUE-LNU - ▮▮▮ Female; Telephone Number: (907) 764-7467.

15. WILLIAMS, Roderick - ▮▮▮ AKA M.C. Rod.

16. "COUSIN" - ▮▮▮ Black male; Location: Anchorage, AK.

17. WILLIAMS, Charlotte - ▮▮▮ Black female; Residence: 1806 Laura Street, Anchorage, AK.

17. JOHNSON, Shaunte - ▮▮▮ Female; Address: 732 North Pine Street, #1, Anchorage, AK 99508; Telephone Number: (907) 744-6853.

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

0000000356