DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 3:05-0076-RRB-JDR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | GOVERNMENT'S RESPONSE |
| | ) | TO DEFENDANT'S MOTION |
| RODERICK WILLIAMS, | ) | TO PRESERVE EVIDENCE |
| TANYA E. CHAISON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW, the United States of America, by and through undersigned counsel, and hereby responds to the defendant's "Motion to Preserve Evidence", filed at docket 153.  This motion was joined by co-defendant Roderick Williams at docket 176.  The United States will comply with its discovery obligations as set forth in Federal Rule of Criminal Procedure 16, 26.2; 18 U.S.C. § 3500 et. seq.

Again, the government also acknowledges its duty to conduct a <u>Brady</u> review of the statements of witnesses and will turn over <u>Brady</u> material contained in such statements when the Government turns over any Jencks Act material. To the extent rough notes still exist, the United States will request their preservation by witnesses. However, it is submitted that such rough notes are not required to be turned over to the defense pursuant to the Jencks Act. <u>See</u> <u>United States v. Bernard</u>, 623 F.2d 551, 557-58 (9th Cir.1979) (rough notes are not statements). However, to the extent they still exist, the United States will review such notes for <u>Brady</u> material. The United States opposes any disclosure of any "draft reports" that investigators may have prepared, whether or not such reports have been

//

//

//

prepared on the mysterious "I Drive" alleged by the defendant.  See 18 U.S.C. § 3500(e)(1) (defining statement as a written statement "adopted or approved" by the witness);  United States v. Kaiser, 660 F.2d 724, 732 (9th Cir. 1981) (draft report not "adopted or approved" by witness).

RESPECTFULLY SUBMITTED this 21st day of February, 2006 in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Frank V. Russo
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, #9, Room 253
>Anchorage, Alaska  99513-7567
>(907) 271-5071
>(907) 271-1500 (fax)
>Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on February 21, 2006, via:

(X) Electronic case filing notice

David Weber, Esq.
Lance C. Wells, Esq.

Executed at Anchorage, Alaska, on February 21, 2006

s/ Frank V. Russo_____