DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:05-0076-RRB-JDR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | GOVERNMENT'S RESPONSE |
| | ) | TO DEFENDANT'S MOTION |
| RODERICK WILLIAMS | ) | TO "REVEAL THE DEAL" |
| TANYA E. CHAISON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

　　　　COMES NOW, the United States of America, by and through undersigned counsel, and hereby responds to the defendant's "Motion to Reveal the Deal", filed at Docket 154.   This motion was joined by defendant Roderick Williams at docket 177.   The relief sought in this motion overlaps with defendant's "Motion for Specific Kyles and Brady Information", filed at Docket 148.   Instead of repeating

its arguments herein, the United States respectfully refers the Court to its response to that motion. Once again, the United States will comply with its obligations under Giglio v. United States, 405 U.S. 150 (1972), and its progeny, and will turn over such information, if any, when it turns over Jencks material.

      RESPECTFULLY SUBMITTED this 21st day of February, 2006 in Anchorage, Alaska.

      DEBORAH M. SMITH
Acting United States Attorney

s/ Frank V. Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on February 21, 2006, via:

    (X) Electronic case filing notice

David Weber, Esq.
Lance C. Wells, Esq.

s/ Frank V. Russo