**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br>    vs.<br><br>RODERICK WILLIAMS, TANYA CHAISON,<br><br>        Defendants. | A05-0076 CR (RRB)<br><br>**ORDER<br>DEFENDANT CHAISON'S<br>MOTION TO "REVEAL THE<br>DEAL"**<br><br>(Docket No. 154) |

The court has now before it a motion at docket No. 154 by defendant Tanya Chaison seeking an order pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny directing the government to disclose the existence and substance of any agreements between any co-defendant, alleged co-conspirator or any other person in this case and any officer or agent of the Federal or State Government. Ms. Chaison then goes on to list specific items and sub-topics regarding any such deal. The motion is joined by defendant Roderick Williams. (Docket No. 168). The government filed a response. (Docket No. 207). For the reasons that follow the motion shall be denied.

The government's opposition succinctly and completely addresses the defendants' motion. As the government states: "The relief sought overlaps with defendant's 'Motion for Specific Kyles and Brady Information', filed at Docket No. 148." Indeed, the court's order addressing that motion covers all the proverbial bases with regard to the instant motion.

CONCLUSION

For the foregoing reasons the defendants' motion at docket No. 154 is **DENIED**.

DATED this 28th day of February, 2006, at Anchorage, Alaska.

/s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge