**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>         vs.<br><br>RODERICK WILLIAMS, TANYA CHAISON,<br><br>                    Defendants. | A05-0076 CR (RRB)<br><br>**ORDER<br>DEFENDANT CHAISON'S<br>MOTION FOR PRODUCTION<br>AND DISCLOSURE OF<br>STATEMENTS BY CO-<br>DEFENDANTS**<br><br>(Docket No. 155) |

The court has now before it a motion at docket No. 155 by defendant Tanya Chaison seeking an order directing the government to produce and disclose the statements of co-defendants pursuant to *Bruton v. United States,* 391 U.S. 123 (1968). The motion is joined by defendant Roderick Williams. (Docket No. 172). A response was filed by the government. (Docket No. 201). For the reasons that follow the motion shall be denied.

The motion *sub judice* is quite broad. As the government points out, it is partly covered by the Jencks Act and statements by prospective government witnesses are limited in pre-trial discovery, and are to be made available after such witnesses have testified at trial. *United States v. Griffin*, 659 F.2d 932, 936 (9th Cir. 1981). The government represents that it understands it obligations under the Jencks Act. Moreover, Jencks Act issues were addressed in Ms. Chaison's motion at docket No. 148.

As for *Bruton* statements the government represents that: ". . . the United States does not intend to offer any statements that the *Bruton* case addresses and precludes from being admitted." The government shall be held to this representation in

its prosecution of this case. Additionally, the government is reminded of its continuing obligations regarding pre-trial disclosure of *Bruton* statements that might come to its attention. Should such statements be discovered the government must disclose them in a timely fashion so that the defendants have a fair opportunity to bring motion(s) to sever their trials.

## CONCLUSION

For the foregoing reasons the defendants' motion at docket No. 155 is **DENIED**.


DATED this 28th day of February, 2006, at Anchorage, Alaska.


/s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge