# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | A05-0076 CR (RRB) |
| Plaintiff, | |
| vs. | **ORDER**<br>**DEFENDANT CHAISON'S**<br>**MOTION DISCLOSE SEARCH**<br>**WARRANTS** |
| RODERICK WILLIAMS, TANYA CHAISON, | |
| Defendants. | (Docket No. 156) |

The court has now before it a motion at docket No. 156 by defendant Tanya Chaison seeking an order directing the government to produce and disclose search warrant numbers, affidavits supporting issuance, copies of issued search warrants and copies of search warrant returns for al search warrants in relation to the indictment. The motion is joined by defendant Roderick Williams. (Docket No. 166). A response was filed by the government. (Docket No. 208). For the reasons that follow the motion shall be denied.

The government represents it has provided the search warrant and affidavit pertaining to the search of two locations regarding this case. While the government did not expressly state as much, implicit in the government's response is a representation to the defendants and the court that there exists no other search warrant information relating to this case. The government shall be held to this representation. Therefore, the motion shall be denied because it is moot.

## CONCLUSION

For the foregoing reasons the defendants' motion at docket No. 156 is **DENIED**.

DATED this 28th day of February, 2006, at Anchorage, Alaska.

 /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge