(Rev 10/05)                           **LIST OF EXHIBITS**

--------------------------------------------------------------------------------
Case No. 3:05-CR-00076-06-RRB  Magistrate Judge/~~Judge~~: John D. Roberts

Title      U.S.A.

vs.

           Tonya E. Chaison

Dates of Hearing/~~Trial~~: February 27, 2006

Deputy Clerk/Recorder: Caroline Edmiston

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Frank Russo | David Weber |
|  |  |
|  |  |

-------------------------------------------------EXHIBITS-------------------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX #ID | | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | X | 2/27 | Miranda advisement Card - Copy | | | | |
| 2 | X | 2/27 | Report of DEA 6 Statement - Copy | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |