## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br>vs.<br><br>BYRON WILLIAMS,<br>LATONYA STUCKEY,<br>KELVIN WASHINGTON,<br>RODERICK WILLIAMS,<br>MARIE INEZ HASAN-LOMAX,<br>TANYA CHAISON and<br>PAULA MARIE ROBARDS,<br><br>　　　　Defendants. | 3:05-cr-00076-RRB-JDR<br><br>**ORDER<br>REGARDING<br>MOTION TO PRESERVE<br>EVIDENCE**<br><br>**(Defendants<br>06-Chaison, 04-R. Williams**<br><br>(Docket Nos. 153, 167, 176) |

Defendant **Tanya Chaison** seeks an order requiring the government to preserve and retain all evidence, reports, notes and other information arguably subject to disclosure or discovery pursuant to Federal Criminal Rules 6(e), 16(a), 17, 18 U.S.C. § 3500, and Federal Rules of Evidence 612 and 613(a), as well as, all draft reports of government agents and alleged waivers signed by Ms. Chaison, and

exculpatory information pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny.  **The motion is joined by co-defendant Roderick Williams.  *See* Docket Nos. 167 and 176.**  The government filed a response at Docket No. 206.  The motion does not seek discovery but rather preservation of evidence.  In its response the government agrees to preserve evidence and poses no objection to doing so.  The government does oppose disclosure of any "draft reports" that investigators may have prepared but again those documents are not sought to be produced in the instant motion.  **Accordingly, the defendant's motion is hereby granted consistent with this order.**

DATED this 8th day of March, 2006, at Anchorage, Alaska.

/s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge