IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>BYRON WILLIAMS,<br>LATONYA STUCKEY,<br>KELVIN WASHINGTON,<br>RODERICK WILLIAMS,<br>MARIE INEZ HASAN-LOMAX<br>**TANYA E. CHAISON**, and<br>PAULA MARIE ROBERDS,<br><br>      Defendants. | Case No. 3:05-CR-0076-RRB<br><br><br>**ORDER DENYING MOTION TO<br>SUPPRESS STATEMENT<br>AT DOCKET 158** |

      Before the Court is a Motion to Suppress Statements filed by Defendant **Tanya E. Chaison** at Docket 158 and the Government's opposition at Docket 197. An evidentiary hearing was conducted on February 27, 2006, and a Recommendation Regarding Motion to Suppress Statements at Docket 220 was submitted to the Court. No objections to the aforesaid Recommendation were filed.

      The Court has studied the relevant pleadings, as well as the Recommendation of the Magistrate Judge, and for the reasons set forth therein finds Defendant's Motion to Suppress Statements to be

without merit.  The Court therefore adopts the Recommendation and hereby **DENIES** Defendant's Motion to Suppress Statements.

ENTERED this 21st day of March, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE