DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:05-cr-00076-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE TO DISCONTINUE** |
| vs. | ) | **ELECTRONIC SERVICE** |
| | ) | |
| BYRON WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through Deborah

M. Smith, Acting United States Attorney for the District of Alaska, and hereby

requests the Court no longer electronically serve pleadings in the above-captioned

case on Frank V. Russo, Asst. U.S. Attorney.  Assistant U.S. Attorney Lawrence D. Card, is the lead attorney in this matter.

 RESPECTFULLY submitted this 9th day of May, 2006, at Anchorage, Alaska.

               DEBORAH M. SMITH
               Acting United States Attorney

               s/ Frank V. Russo
               Assistant U.S. Attorney
               222 West 7th Ave., #9, Rm. 253
               Anchorage, AK 99513-7567
               Phone: (907) 271-5071
               Fax: (907) 271-1500
               E-mail: frank.russo@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on May 9, 2006
a copy of the foregoing NOTICE OF
APPEARANCE  was served
via electronically to:

Scott Dattan

Lance Wells

David Weber

T. Burke Wonnell

Herbert A. Viergutz

Rich Curtner

s/ Frank V. Russo

**U.S. v. WILLIAMS et al.**
**3:05-cr-00076-RRB**       2