## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>TANYA E. CHAISON,<br>RODERICK WILLIAMS,<br><br>        Defendants. | 3:05-cr-00076 (RRB) (JDR)<br><br>**ORDER REGARDING DEFENDANTS' MOTION TO COMPEL CONFIDENTIAL INFORMANTS**<br><br>(Docket Entries 146 & 179) |

### Background

Defendant Tanya Chaison moves the court for an order requiring the government to produce the names, current addresses, and copies of statements of confidential informants prior to trial. Docket entry 146. This motion was joined by co-defendant Roderick Williams. Docket entry 179. The government was directed to submit an affidavit containing facts relating to the role of any informer in the

investigation and/or prosecution of this case relevant to the defendants' request for disclosure.  *See*, Order Addressing Motions to Compel, docket entry 263.

### Ruling

The government timely filed its Declaration addressing the court's order, docket entry 271.  The Declaration states that the government did not rely upon any informant to justify the search of 6611 East Ninth Avenue, Apartment 2, nor does the United States intend to call any informant to testify at trial.  The government shall be bound by its statements.  Pursuant to the court's in camera review of the government's Declaration, IT IS ORDERED:  The motion for disclosure of information relating to any informant, Docket entry 146, joinder at 179, is hereby **DENIED**.

DATED at Anchorage, Alaska, this 9th day of MAY,  2006.

 /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge

3-05-cr-00076-RRB-JDR CHAISON @146, 179 Order Re Motion to Compel Confidential Informants.wpd       2

3-05-cr-00076-RRB-JDR           ORDER @146, 179 Re Mtn to Compel
[Defts CHAISON, WILLIAMS, R]    Signed by Judge John D. Roberts           05/09/2006; Page 2 of 2