```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs <u>TONYA E. CHAISON</u>          CASE NO. <u>3:05-cr-00076-06-RRB</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE: <u>           JOHN D. ROBERTS                </u>

DEPUTY CLERK/RECORDER: <u>          APRIL KARPER                   </u>

UNITED STATES ATTORNEY: <u>         LARRY CARD                     </u>

DEFENDANT'S ATTORNEY: <u>           DAVID WEBER                    </u>

U.S.P.O.: <u>                       BARBARA BURTON                 </u>

PROCEEDINGS: ARRAIGNMENT ON FOURTH SUPERSEDING INDICTMENT
             HELD MAY 18, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:20 p.m. court convened.

 <u>X</u> Copy of Fourth Superseding Indictment given to defendant:
    waived reading.

 <u>X</u> Defendant advised of general rights.  <u>X</u> Waived full advisement
                                                of rights.

 <u>X</u> Defendant advised of charges and penalties.

 <u>X</u> PLEAS: Not guilty to counts <u>1 and 2 of the Fourth Superseding</u>
    <u>Indictment.                                                  </u>

 <u>X</u> Defendant's detention continued.

 <u>X</u> Additional Pretrial motions due **April 25, 2006** ; Order for the
    Progression of a Criminal Case with Trial by Jury & Final
    Pretrial Date **FILED.**

 <u>X</u> Counsel advised of trial date: **June 26, 2006 at 8:30 a.m.**
    <u>before Ralph R. Beistline.                                    </u>

 <u>X</u> OTHER: <u>Court and counsel heard re defendant's oral motion for</u>
    <u>   authorization of $2,150.00 worth of CD's to be made; court  </u>
    <u>   instructed counsel to file the paperwork and proper form and</u>
    <u>   the motion will be granted.                                 </u>

At 1:24 p.m. court adjourned.

DATE: <u>     May 18, 2006         </u>   DEPUTY CLERK'S INITIALS: <u>   ak   </u>