IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BYRON WILLIAMS, RODERICK ) <br> WILLIAMS, MARIE INEZ HASAN- ) <br> LOMAX, **TANYA E. CHAISON**, and ) <br> PAULA MARIE ROBARDS ) <br> ) <br> Defendants ) | Case No.: A05-76 (4) Cr. (RRB) |

## **NOTICE OF CHANGE OF PLEA**

COMES NOW Tanya Chaison, by and through counsel, David R. Weber, of the firm of Vasquez & Weber, P.C., and enters this, her Notice Of Change Of Plea. Ms. Chaison will enter a plea of "Guilty" to Count II, violation of 21 U.S.C. § 856 (a) (2) and (b). The Government will dismiss Count I of the Fourth Superceding Indictment as it pertains to Ms. Chaison.

Respectfully submitted this 19th day of June 2005.

> Vasquez & Weber, P.C.
> Attorneys for Tanya Chaison
> S/: David R. Weber,
> 943 West 6th Ste. 132
> Anchorage, Alaska 99502
> (907) 279-9122/9123 fax
> vw.law@acsalaska.net
> Ak. Bar Assn. No. 8409083

CERTIFICATE OF SERVICE

I certify that on June 19, 2006 electronic service of a copy of this Notice of Change of Plea was provided to the Court for all counsel of record pursuant to Criminal Rule 49(b), Civil Rule 5(b)(2)(D) and Local Rules 5, 5.1(a) and 5.2(c)(2).

S/: David R. Weber

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122    FACSIMILE (907) 279-9123
VW.LAW@ACSALASKA.NET