UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u>  TANYA E. CHAISON  </u>

DATE:  <u>  June 19, 2006  </u>  CASE NO.  <u>  3:05-CR-0076-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
SCHEDULING CHANGE OF PLEA HEARING**

---

      Defendant Chaison has filed a Notice of Intent to Change Plea (Docket 337). Due to the unavailability of Judge Beistline, the change of plea hearing will be held before the Honorable John W. Sedwick on **Thursday, June 22, 2006, at 9:30 a.m.**, in Courtroom 3 in Anchorage, Alaska.

M.O. SCHEDULING HEARING