```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs. __TONYA E. CHAISON__     CASE NO. _3:05-cr-00076-06-RRB_
Defendant: X Present X In Custody

BEFORE THE HONORABLE: _____RALPH R. BEISTLINE_____

DEPUTY CLERK/RECORDER: _____ROBIN M. CARTER_____

UNITED STATES ATTORNEY: _____CRANDON RANDELL_____

DEFENDANTS ATTORNEY: _____DAVID WEBER_____

U.S.P.O.: _____BARBARA BURTON_____

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 9/12/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At   9:05 a.m. court convened.

X Notice of Appeal form given to defendant.

X Court stated findings/reasons pursuant to sentencing guidelines.

X Imprisonment for a period of __24 months_____

X Defendant placed on supervised release for a period of _3_ years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

X Special Assessment $_100.00_____, due ___immediately_____

X Defendant remanded to the custody of the U.S. Marshal.

At 9:24 a.m. court adjourned.

DATE: _September 12, 2006_____   DEPUTY CLERK'S INITIALS:____Rc____